UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                     Chapter 7

**FULTON VILLAGE PURVEYORS, INC.**        Case No. 04-17341 (SMB)

                       Debtor.

-----------------------------------------------------------x

## ORDER GRANTING APPLICATIONS FOR FINAL COMPENSATION AND AUTHORIZING ABANDONMENT OF DEBTOR'S BOOKS AND RECORDS

UPON consideration and filing of the trustee's final report and application for compensation of Roy Babitt, Chapter 7 Trustee (the "Trustee") herein and the applications for final compensation and reimbursement of expenses of Richard A. Klass, Attorney for the Debtor; Borges & Associates, LLC, Counsel for the Official Committee of Unsecured Creditors; Arent Fox LLP, Attorney for the Trustee; Davidoff Malito & Hutcher LLP, former Attorneys for the Trustee; and Eisner, LLP, Accountants for the Trustee, incurred during the administration of this Chapter 7 case (the "Applications"); and notice having been given pursuant to Rules 2002(a)(7) and (c)(2) of the federal rules of bankruptcy procedure; and due consideration having been given to the statement of the United States Trustee regarding the Applications; and a hearing having been held and upon the record of that hearing to consider all statements with respect to the Applications; and sufficient cause having been shown therefore, it is hereby;

ORDERED that the Applications are granted to the extent set forth in Schedule "A" annexed hereto; and it is further

ORDERED, that the Trustee is hereby authorized to abandon the Debtor's books and records.

Dated: New York, New York
        August 12, 2008

                                                /s/   STUART M. BERNSTEIN
                                              HON. STUART M. BERNSTEIN
                                              CHIEF UNITED STATES BANKRUPTCY JUDGE

NYC/396325.1

**CURRENT FEES AND EXPENSES**
CASE NUMBER:   04-17341 (SMB)
CASE NAME:    **Fulton Village Purveyors, Inc.**

| Applicant | Date/ Docket No. | Fees Requested | Fees Awarded | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|
| Roy Babitt Trustee | 8/6/08 149 | $ 35,028.54 | $35,028.54 | $0.00 | $0.00 |
| Arent Fox LLP Attorney for the Trustee | 8/6/08 150 | $192,915.02 | $192,915.02 | $8,754.30 | $8,754.30 |
| Eisner LLP Accountant for Trustee | 8/6/08 151 | $100,098.40 | $100,098.40 | $ 691.00 | $ 691.00 |
| Richard A. Klass, Counsel for Debtor | 8/6/08 152 | $17,391.85 | $17,391.85 | $1,848.81 | $1,848.81 |
| Borges & Associates Counsel to Creditors Committee | 7/21/08 146 | $5,599.70 | $5,599.70 | $0.00 | $0.00 |
| **Total** |  | $351,033.51 | $351,033.51 | $11,294.11 | $11,294.11 |

SCHEDULE "A"    DATED: AUGUST 12, 2008    INITIALS: SMB, USBJ

NYC/396325.1

**SUMMARY ALL FEES PERIODS (INCLUDING THIS PERIOD)**
CASE NUMBER: 04-17341 (SMB)
CASE NAME: **Fulton Village Purveyors, Inc.**

| Applicant | Total Fees Requested This Period | Total Fees Previously Awarded/ Docket # | Total Awarded | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Roy Babitt Trustee | $ 35,028.54 | | $35,028.54 | $0.00 | $0.00 |
| Arent Fox LLP Attorney to Trustee | $192,915.02 | | $192,915.02 | $8,754.30 | $8,754.30 |
| Eisner LLP Accountant to Trustee | $100,098.40 | $73,722.00 Docket 102 | $ 173,820.40 | $ 691.00 | $ 691.00 |
| Richard A. Klass, Counsel to Debtor | $17,391.85 | | $17,391.85 | $1,848.81 | $1,848.81 |
| Borges & Associates Counsel to Creditors Committee | $5,599.70 | | $5,599.70 | $0.00 | $0.00 |
| Davidoff Malito & Hutcher LLP Former Counsel to Trustee | | $44,000.00 Docket 94 | $44,000.00 | $1,331.06 | $1,331.06 |
| GEM Auction Corp., Auctioneer to Trustee and Estate | | $33,000.00 Docket 85 | $33,000.00 | $157.51 | $157.51 |
| **Total** | $351,033.51 | $150,722.00 | $501,913.02 | $12,782.68 | $12,782.68 |

SCHEDULE "B"    DATED: 12, 2008   INITIALS: SMB, USBJ

NYC/396325.1